UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **WILLIAM WARREN HOLLAWAY, IV** | **CIVIL ACTION NO. 20-1077** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **SHERIFF DUSTY GATES, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 8] having been considered, together with the written Objection thereto filed with this Court, [Doc. No. 9] and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff William Warren Hollaway, IV's claims, with respect to his requests for injunctive relief, are **DISMISSED AS MOOT**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims, with respect to his requests for monetary compensation, are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 25th day of September, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE